CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
<u>8033 Linda Vista Road, Suite 200</u>
<u>San Diego, CA 92111</u>
(858) 375-7385; (888) 422-5191 fax
AmandaS@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT SCHUTZA,<br><br>     Plaintiff,<br><br>  v.<br><br>LEONID GRINBERG, LLC, a California Limited Liability Company;<br>DILMAYA LAXME LLC, a California Limited Liability Company; and Does 1-10,<br><br>     Defendants. | Case: 3:20-cv-00488-JLS-MDD<br><br>**NOTICE OF DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(2)** |

## <u>NOTICE</u>

Pursuant to F.R.CIV.P.41 (a)(2), PLEASE TAKE NOTICE THAT the plaintiff hereby voluntarily dismisses the entire case, with prejudice.

Dated: July 29, 2020         CENTER FOR DISABILITY ACCESS


                             By: /s/ Amanda Seabock
                                 Amanda Seabock
                                 Attorneys for Plaintiff

1